ABE McALISTER, Respondent, *v.* CHIN LEE CO., INC., Appellant.

(Submitted January 23, 1935; decided February 26, 1935.)

*Edmond M. Hanrahan* for appellant.

*Louis Fieldman* and *Jay Genzer* for respondent.

Appeal dismissed, with costs, on ground that appeal was from an intermediate order without permission. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ. Not sitting: FINCH, J.